BOULEVARD CLOTHING MANUFACTURING CO., INC., Respondent, v. PUBLIC FINANCE COMPANY, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendant, Impleaded with ABRAHAM J. BERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SECOND NATIONAL BANK OF ERIE, PA., Respondent, v. PERCY A. E. ARMSTRONG, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ALLONA HOLDING CORPORATION, Appellant, v. PHŒNIX FACTORS CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ELSA BURFORD, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Rando* v. *Royal Mail Steam Packet Co.*, 208 App. Div. 634.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES FAULKNER, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

AJAX RUBBER COMPANY, INC., Appellant, v. J. P. DEVINE COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling. Merrell, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell. McAvoy and Martin, JJ.

THEODORE AARON, INC., Respondent, v. JULES ROSENBAUM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ISIDOR BAYER, Respondent, v. GREENWALD DISPLAY & FIXTURE CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling Merrell, McAvoy and Martin, JJ.

ELIZABETH I. ZEISLOFT v. FRANK A. MUNSEY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.